UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LINA M TORRES                                                                   Case No. 19-bk-5796-GER
                                                                                Chapter 7

_____Debtor(s)_____/

## MOTION TO AMEND ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF ESTATE'S INTEREST IN NON-EXEMPT REAL ESTATE IN OSCEOLA COUNTY, FLORIDA

ARVIND MAHENDRU, Trustee (the "Trustee"), files this Motion to Amend Order Granting Motion to Approve Sale of Estate's Interest in Non-Exempt Real Estate shows:

1. On January 13, 2022, the Trustee filed a Motion to Approve Sale of Estate's Interest in Non-Exempt Real Estate ("the Motion") (Doc No. 39).

2. This Court granted the Motion and entered an Agreed Order (DE# 41) on February 10, 2022.

3. The undersigned has been informed by opposing counsel that the language referencing a short sale in the Agreed Order is incorrect.

WHEREFORE, the Trustee moves for the entry of an Order granting the Motion to Amend Order previously entered on February 10, 2022 as Docket number 41.

Dated:   February 14, 2022

                                                          /s/ ARVIND MAHENDRU
                                                          ARVIND MAHENDRU, Esq.
                                                          5703 Red Bug Lake Rd. #284
                                                          Winter Springs Florida 32708
                                                          (407) 504-2462

CERTIFICATE OF SERVICE

      I certify that on February 14, 2022 a true and correct copy of the foregoing Motion to Amend Order was provided by electronic transfer or regular US mail, postage prepaid, to all parties listed below.

*CM/ECF to:*

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL  32801

Wells Fargo Bank
**c/o Steve Tran, Esq.**

Andrew C Baron, via ECF

*US Mail to:*

LINA M TORRES, 15236 GRAET BAY LANE, ORLANDO, FL 32824;

                            /s/ Arvind Mahendru
                            Arvind Mahendru, Esq.